January 19, 2017
**OFFICE OF
APPELLATE COURTS**


STATE OF MINNESOTA

IN SUPREME COURT

A16-0674

In re the Petition for Disciplinary Action against
Jeremy Lloyd Brantingham, a Minnesota Attorney
Registration No. 0299558.

ORDER

By order filed on December 8, 2016, we suspended respondent Jeremy Lloyd Brantingham from the practice of law for a minimum of 30 days, effective December 22, 2016. Respondent has filed an affidavit stating that he has fully complied with the terms of the suspension order, except for successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility, and requests reinstatement. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.     Effective January 21, 2017, respondent is conditionally reinstated to the practice of law in Minnesota, subject to his successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility, and is placed on disciplinary probation for 2 years subject to the following terms and conditions:

a.     Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent shall

promptly respond to the Director's correspondence by the due date. Respondent shall provide to the Director a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify compliance with the terms of this probation.

b.     Respondent shall abide by the Minnesota Rules of Professional Conduct.

c.     Respondent shall maintain law office and trust account books and records in compliance with Minn. R. Prof. Conduct 1.15 and Appendix 1. These books and records shall include the following: client subsidiary ledgers; checkbook registers; monthly trial balance reports; monthly reconciliation reports; bank statements; canceled checks (if they are provided with the bank statements); duplicate deposit slips; bank reports of interest, service charges, and interest payments to the Minnesota IOLTA Program; and bank wire, electronic, or telephone transfer confirmations. Such books and records shall be made available to the Director immediately and thereafter shall be made available to the Director at such intervals as the Director deems necessary to determine compliance.

2.     By December 8, 2017, respondent shall file with the Clerk of the Appellate Courts and serve upon the Director of the Office of Lawyers Professional Responsibility proof of successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility. Failure to do so shall result in automatic re-suspension, pending successful completion of the examination, pursuant to Rule 18(e)(3), Rules on Lawyers Professional Responsibility.

Dated: January 19, 2017          BY THE COURT:

David R. Stras
Associate Justice